138 P.3d 753

# SUPREME COURT OF HAWAI'I

Bacerra v. MacMillan............ 26377    07/18/2006  Denied    111 Hawai'i 117, 138 P.3d 749